UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARY TURNER; TYLER CRUTCHFIELD,<br><br>Plaintiffs,<br><br>v.<br><br>SHARI'S MANAGEMENT CORPORATION; DOES 1-10,<br><br>Defendants. | CASE NO. 3:24-cv-05577<br><br>ORDER |

This matter comes before the Court on Fisher & Phillips LLP, Clarence Belnavis, Ryan Jones, and Orchid Tosh's (collectively, "Defense Counsel") amended motion to withdraw as counsel of record for Defendant Shari's Management Corporation ("Shari's"). Dkt. No. 15. The Court denied without prejudice Defense Counsel's previous motion to withdraw for failure to include Shari's telephone number as required by JCR 83.2(b)(1). Dkt. No. 14. Defense Counsel's amended motion rectifies that failure. *See* Dkt. No. 15.

Defense Counsel noted their amended motion for January 3, 2025. Dkt. No. 17. But given that Defense Counsel's previous motion to withdraw faced no

**ORDER** - 1

opposition, the Court construes the amended version—which is largely identical to the previous version, save the addition of Shari's phone number—as an unopposed motion. It is therefore eligible for same-day noting. *See* LCR 7(d)(1). The Court thus DIRECTS the Clerk of Court to re-note Defense Counsel's amended motion to withdraw, Dkt. No. 15, as ripe for consideration on December 20, 2024.

As to the merits, the Court FINDS that Defense Counsel presents satisfactory reason for withdrawal and that granting withdrawal will not cause substantial prejudice or delay to any party. The Court therefore GRANTS Defense Counsel's amended motion to withdraw. Defense Counsel is terminated as counsel of record for Shari's in this proceeding.

The Court DIRECTS the Clerk of Court to update the docket with the contact information for Shari's at its last known address:

4350 Alpha Road, Suite 1100

Farmers Branch, TX 75244

Phone: (469) 830-5266

It is so ORDERED.

Dated this 23rd day of December, 2024.

Jamal N. Whitehead
United States District Judge

ORDER - 2