UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARY TURNER; TYLER CRUTCHFIELD,

Plaintiffs,

v.

SHARI'S MANAGEMENT CORPORATION; DOES 1-10,

Defendants.

CASE NO. 3:24-cv-05577

ORDER

The Court raises this matter of its own accord.

Having reviewed Plaintiff's Status Report, Dkt. No. 25, the Court notes that this case has been stayed since March 5, 2025, pending clarity on Defendant Shari's Management Corporation's financial status, Dkt. No. 20. Over a year has passed, and Defendant remains unresponsive with no report of a bankruptcy filing. The Court finds that a continued stay of this matter is no longer warranted.

Accordingly, the stay is LIFTED. The Court ORDERS Plaintiffs to either move for default judgment or dismiss this case within TWENTY-ONE (21) days of this order. Failure to timely file will result in dismissal of this action. *See* Fed. R.

**ORDER** - 1

Civ. P. 41(b); *Henderson v. Duncan*, 779 F.2d 1421, 1423 (9th Cir. 1986) ("[The court has] inherent power sua sponte to dismiss a case for lack of prosecution").

The Clerk is DIRECTED to note this deadline on the Court's calendar.

Dated this 10th day of March, 2026.

Jamal N. Whitehead
United States District Judge

**ORDER** - 2