THE HONORABLE JAMAL N. WHITEHEAD

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| **MARY TURNER** and **TYLER CRUTCHFIELD**, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**SHARI'S MANAGEMENT CORPORATION,** a Foreign Profit Corporation, and DOES 1-10, inclusive,<br><br>Defendant. | CASE NO. 3:24-CV-05577-JNW<br><br>**PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE AND WITHOUT AN AWARD OF ATTORNEYS' FEES**<br><br>NOTE ON MOTION CALENDAR:<br>MARCH 30, 2026 |

PLAINTIFFS' RULE 41 REQUEST FOR DISMISSAL  - 1
(Case No. 3:24-cv-05577)

ACKERMANN & TILAJEF, P.C.
2602 N. PROCTOR ST. #205
TACOMA, WA 98406
P: (253) 625-7720 / F: (310) 277-0635
E: BD@ACKERMANNTILAJEF.COM

## I.    RELIEF REQUESTED

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs MARY TURNER and TYLER CRUTCHFIELD (collectively "Plaintiffs"), by and through their counsel of record, hereby move for voluntary dismissal without prejudice and without a separate award of costs and attorneys' fees as to the claims brought by Plaintiffs on behalf of themselves against Defendant SHARI'S MANAGEMENT CORPORATION ("Defendant").

Because Plaintiffs also alleged claims on behalf of a putative class, Plaintiffs further request that the Court dismiss the remainder of the claims asserted by Plaintiffs (i.e., those brought on behalf of the putative class alleged in the Complaint) against Defendant without prejudice and without a separate award of costs and attorney's fees.

## II.    STATEMENT OF FACTS

Plaintiffs filed their Class Action Complaint in the Superior Court of Washington, County of Pierce, on June 14, 2024. On July 17, 2024, Defendant removed the case to the U.S. District Court, Western District of Washington [Dkt. 1]. On July 24, 2024, Defendant filed its Answer to the Complaint [Dkt. 7]. Only a few months later, on November 26, 2024 [Dkt, 12], counsel for Defendant filed a Motion for Leave to Withdraw, citing "a substantial open balance" as the cause; the Court granted the Motion for Leave to Withdraw on December 23, 2024 [Dkt 18]. Since then, Defendant has not substituted replacement counsel, and further has consistently and entirely ignored all telephonic and written communications from Plaintiffs' counsel. *See* Plaintiffs' January 29, 2025 Motion to Stay Case [Dkt. 19]; *see also* Plaintiffs' Status Reports dated June 3, 2025 [Dkt. 22], August 29, 2025 [Dkt. 23], November 25, 2025 [Dkt. 24], and February 23, 2026 [Dkt. 25]. On March 10, 2026, this Court lifted the stay on the case and ordered Plaintiffs to either move for default judgment or dismiss the case [Dkt. 26]. In light of the fact that Defendant still appears to be suffering from financial distress and approaching bankruptcy, has not engaged with Plaintiffs' counsel whatsoever since the withdrawal of its former counsel, and has not hired replacement counsel to represent it in this complex action, Plaintiffs are requesting a dismissal without prejudice of the instant action in lieu of pursuing a default judgment that will likely not be collectible.

PLAINTIFFS' RULE 41 REQUEST FOR DISMISSAL  - 2
(Case No. 3:24-cv-05577)

### III.    STATEMENT OF ISSUES

Whether the Court should dismiss the individual and class claims alleged by Plaintiffs without prejudice pursuant to FRCP 41(a)(2).

### IV.    EVIDENCE RELIED ON

Under FRCP 41(a)(2), since Defendant has filed an answer, an action "may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper."

### V.    AUTHORITY

Pursuant to FRCP 41(a)(2), an action "may be dismissed at the plaintiff's request only by court order…." Accordingly, and based on the unavoidable fact that it will simply not be feasible to proceed based on the facts discussed hereinabove, Plaintiffs requests that this motion be granted. A proposed order is submitted herewith.

RESPECTFULLY SUBMITTED this 30th day of March 2026.

**ACKERMANN & TILAJEF, P.C.**

By:    */s/Craig J. Ackermann*
Craig J. Ackermann, WSBA #53330
Avi Kreitenberg, WSBA #53924
Brian Denlinger, WSBA #53177
2602 North Proctor Street, Suite 205
Tacoma, Washington 98406
Tel: (253) 625-7720
Fax: (310) 277-0635
cja@ackermanntilajef.com
ak@ackermanntilajef.com
bd@ackennanntilajef.com

*Attorneys for Plaintiffs*

PLAINTIFFS' RULE 41 REQUEST FOR DISMISSAL  - 3
(Case No. 3:24-cv-05577)

ACKERMANN & TILAJEF, P.C.
2602 N. PROCTOR ST. #205
TACOMA, WA 98406
P: (253) 625-7720 / F: (310) 277-0635
E: BD@ACKERMANNTILAJEF.COM

## ORDER

Good cause appearing and based on Plaintiffs' Motion for Voluntary Dismissal, and pursuant to FRCP 41, it is hereby ORDERED:

1.    that the claims asserted by Plaintiffs MARY TURNER and TYLER CRUTCHFIELD on their own behalf in the above-captioned action are hereby dismissed without prejudice and without a separate award of costs and attorneys' fees;

2.    that the claims asserted by Plaintiffs MARY TURNER and TYLER CRUTCHFIELD on behalf of the putative class alleged in the above-captioned action are hereby dismissed without prejudice and without a separate award of costs and attorneys' fees; and

3.    that the Complaint in its entirety be dismissed pursuant to the above directives and the Clerk of the Court close this matter.

Dated this 31st day of March, 2026.

_____
JUDGE OF THE DISTRICT COURT

Presented and Approved as to Form by:

ACKERMANN & TILAJEF, P.C.

By:    /s/Craig J. Ackermann
       Craig J. Ackermann, WSBA #53330
       Avi Kreitenberg, WSBA #53924
       Brian Denlinger, WSBA #53177
       *Counsel for Plaintiffs*

PLAINTIFFS' RULE 41 REQUEST FOR DISMISSAL  - 4
(Case No. 3:24-cv-05577)

## CERTIFICATE OF SERVICE

I hereby certify that, on March 30, 2026, I served the foregoing **PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE AND WITHOUT AN AWARD OF ATTORNEYS' FEES** via the method(s) below to the Defendant as follows:

SHARI'S MANAGEMENT CORPORATION, a Foreign Profit Corporation
4350 Alpha Road, Suite 1100
Farmers Branch, TX 75244

☐ by **electronic** means through the Court's Case Management/Electronic Case File system, which will send automatic notification of filing to each person listed above.

☒ by **mailing** a true and correct copy to the last known address of each person listed above. It was contained in a sealed envelope, with postage paid, addressed as stated above, and deposited with the U.S. Postal Service in Beverly Hills, California.

☐ by e-mailing a true and correct copy to the last known email address of each person listed above.

SIGNED THIS 30th day of March, 2026, at Beverly Hills, California.

ACKERMANN & TILAJEF, P.C.

By:     _/s/Jaclyn Blackwell_
        Jaclyn Blackwell
        *Office Manager*

PLAINTIFFS' RULE 41 REQUEST FOR DISMISSAL  - 5
(Case No. 3:24-cv-05577)

ACKERMANN & TILAJEF, P.C.
2602 N. PROCTOR ST. #205
TACOMA, WA 98406
P: (253) 625-7720 / F: (310) 277-0635
E: BD@ACKERMANNTILAJEF.COM